SK/MW
F.#2015R00439

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FABIO GASPERINI,

        Defendant.

ORDER

No. 16-CR-441 (NGG)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Saritha Komatireddy and Melody Wells:

        IT IS HEREBY ORDERED that personnel at the Metropolitan Detention Center shall deliver to the United States Marshal an HP laptop computer in the possession of the defendant, FABIO GASPERINI, when the defendant is transported by the United States Marshal on July 24, 2017 for the start of his trial before this Court and retain custody of such laptop computer for delivery to the defendant's attorney, Simone Bertollini, Esq., who will retrieve it from the United States Marshal at the courthouse for use by the defendant in the courtroom throughout the trial. At the end of each trial day, Mr. Bertollini will retain the laptop computer in his possession or lock it in the courtroom storage room for attorneys for retrieval and use during each trial day.

1

IT IS FURTHER ORDERED that at the end of each Thursday of trial (the Court does not sit on Friday during the course of the trial), the laptop computer will be delivered to the United States Marshal by Mr. Bertollini for transport back to the Metropolitan Detention Center and delivery to personnel at the Metropolitan Detention Center who shall thereafter permit the defendant to access the laptop computer during non-trial days (Friday, Saturday, and Sunday).

IT IS FURTHER ORDERED that procedure and protocol for the defendant's use of, and access to, the laptop computer as outlined in this order will be repeated for each successive week of trial and will remain in place until further order of this Court.

Dated:   Brooklyn, New York
         July 24, 2017

SO ORDERED.

s/Nicholas G. Garaufis
THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK