# EXHIBIT B

We are distressed about the intrusion and not knowing about something so we could protect ourselves from it.  Even though we have installed the corrective patch, we have to check the documents we save to the QNAP to be sure they have no personal information that might be exposed by another intrusion. Our time is valuable, and the defendant has co-opted our server to his benefit and our detriment.

Carolyn Shields